# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00788-CV

**Thor Motor Coach, Inc., Appellant**

**v.**

**Daniel Rothwell, Individually, and as Dependent Administrator of the
Estate of Mary Rothwell, Decedent, and for the Use and Benefit of
All Surviving Wrongful Death Beneficiaries of Mary Cano Rothwell, Appellee**

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 50134, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thor Motor Coach, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: March 31, 2020